[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 13, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-15771
Non-Argument Calendar

_____

D. C. Docket No. 05-00021-CR-4-RH-WCS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEREMY LEAL,
a.k.a. Jessey Leal,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(April 13, 2006)

Before ANDERSON, BIRCH and FAY, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Jeremy Leal, has moved to withdraw from further representation of Leal, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Leal's conviction and sentence are **AFFIRMED**.